## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WILLIAM G. THOMPSON,         )
                                     )
                                     )
         Plaintiff,         )
      v.                   )       Civil Action No. 18-687
                                     )       Judge Nora Barry Fischer
LEO DUNN, Chair of the Pennsylvania  )       Chief Magistrate Judge Maureen P. Kelly
Department of Probation and Parole,    )
                                     )
        Defendant.     )

## ORDER OF COURT

AND NOW, this 14th day of September, 2018, after a Report and Recommendation was filed by Chief Magistrate Judge Maureen P. Kelly on August 22, 2018, (Docket No. [10]), recommending that Plaintiff's Amended Complaint be dismissed, for failure to state a claim upon which relief can be granted and Plaintiff was provided 14 days to file written objections thereto, and no objections having been lodged by this date, and upon independent review of the record, and upon consideration of Chief Magistrate Judge Kelly's Report and Recommendation, (Docket No. [10]), which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that Plaintiff's Amended Complaint [8] is DISMISSED, with prejudice, for failure to state a claim upon which relief can be granted;

IT IS FURTHER ORDERED that the Clerk of Court shall mark this case CLOSED; and

FINALLY, IT IS ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if Petitioner wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Pittsburgh, PA, within thirty (30) days.

*s/ Nora Barry Fischer*
  Nora Barry Fischer, U.S. District Judge

CC:     Chief Magistrate Judge Maureen P. Kelly

        William G. Thompson
        GM9858
        SCI Coal Township
        1 Kelley Drive
        Coal Township, PA 17866